```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 3 2004

at 6 o'clock and 40 min. a M
WALTER A. Y. H. CHINN, CLERK
```

EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Assistant U.S. Attorney

WES REBER PORTER             #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**LODGED**
APR 2 1 2004
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0342 KSC |
| | ) | |
| Plaintiff, | ) | EX PARTE MOTION TO SEAL |
| | ) | DOCUMENTS; DECLARATION |
| vs. | ) | OF WES REBER PORTER; |
| | ) | ORDER GRANTING MOTION |
| DAVID FONOTI, | ) | TO SEAL DOCUMENTS |
| | ) | |
| Defendant. | ) | |

<u>EX PARTE MOTION TO SEAL DOCUMENTS</u>

Comes now UNITED STATES OF AMERICA, through its undersigned attorneys, and hereby moves this Court for an order sealing all documents in connection with the above-captioned matter. The documents to be sealed include, but are not limited to, the Complaint, supporting affidavit, arrest warrant, this Motion and the declaration and order accompanying it, and the clerk of court's docket sheet on the ground that investigation



SEALED
BY ORDER OF THE COURT

into the matter is on-going, and disclosure of the information contained in these documents may interfere with said investigation.

This Motion is made pursuant to the inherent power of this Court, and is based on the records and files of this case and the Declaration of WES REBER PORTER attached hereto.

DATED: April 21, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
   WES REBER PORTER
   Assistant U.S. Attorney