IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0342 KSC |
| | ) | |
| Plaintiff, | ) | DECLARATION OF WES REBER PORTER |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID FONOTI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF WES REBER PORTER

1. I am the Assistant U. S. Attorney representing the United States in the above-entitled matter and am familiar with the criminal investigation described in the Complaint and supporting affidavit.

2. I am informed and believe that said investigation is on-going and will continue beyond the date of service of the Complaint and supporting affidavit until the matter is presented to the grand jury for indictment or other disposition.

3. The documents filed in connection with this case, relate information obtained during the course of the investigation and reflect, at least in part, the nature, direction, and status of the investigation.

1

4. I am informed and believe that law enforcement officers do not believe that the persons identified during the course of the investigation know all of the information disclosed in these documents.

5. I am informed and believe that law enforcement officers believe that disclosure of all of the information contained in these documents will jeopardize their intended future investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2004, at Honolulu, Hawaii.

_____
WES REBER PORTER