IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0342 KSC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | TO SEAL DOCUMENTS |
| vs. | ) | |
| | ) | |
| DAVID FONOTI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING MOTION TO SEAL DOCUMENTS

The Court having considered the UNITED STATES OF AMERICA's Ex Parte Motion to Seal Documents, and good cause appearing therefor,

IT IS HEREBY ORDERED that all documents in connection with this matter be sealed until further order of this Court. The documents to be sealed include, but are not limited to, the Complaint, supporting affidavit, arrest warrant, this Motion and the declaration and order accompanying it, and the clerk of court's docket sheet.

DATED: April 21, 2004, at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE