# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/18/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      MA 04-0342KSC

CASE NAME:        USA v. David Fonoti

ATTYS FOR PLA:    Wes Reber Porter

ATTYS FOR DEFT:   Shanlyn Park

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F CD5

DATE:    5/18/2004                TIME:       3:25 - 3:33

COURT ACTION: EP: Initial Appearance - deft present in custody. Deft sworn to Financial Affidavit. Oral M/Court Appt Atty GRANTED.

Preliminary Hearing 6-4-04 @ 10 a.m., LEK.

Bail set at:
$25,000.00 unsecured bond.

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7c)   Maintain or actively seek employment, as directed by Pretrial Services.

(7g2)  Do not apply for/obtain a passport.

(7h1)  Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

(7s1)  You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7u)   Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1)   Submit to drug detection testing as approved by Pretrial Services.

(7y)    You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Other Conditions:    Do not possess any badges or credentials of law enforcement officers.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

- You shall not commit any offense in violation of federal state, or local law while on release in this case.

- You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Submitted by Richlyn Young, Courtroom Manager