# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/4/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MAG NO. 04-0342KSC |
| CASE NAME: | USA vs. DAVID FONOTI |
| ATTYS FOR PLA: | Ronald Johnson for Wes Porter |
| ATTYS FOR DEFT: | Shanlyn A.S. Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7-CD 20 |
| DATE: | 6/4/2004 | TIME: | 10:20-10:22 |

COURT ACTION:  EP: Preliminary Hearing - Defendant present, not in custody.

Court questions defendant. Waiver of Preliminary Examination or Hearing, signatures verified and filed. Oral Request to Seal Waiver Granted.

Court finds that the Defendant has knowingly and voluntarily waived his right to Preliminary Examination or Hearing.

Submitted by: Warren N. Nakamura, Courtroom Manager