EDWARD H. KUBO, JR.  # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    # 4532
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: ron.johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0342 KSC |
| | ) | |
| Plaintiff, | ) | STIPULATION EXTENDING THE |
| | ) | TIME WITHIN WHICH THE |
| vs. | ) | GOVERNMENT MAY FILE INDICTMENT |
| | ) | OR INFORMATION AGAINST |
| DAVID FONOTI | ) | DEFENDANT AND EXCLUDING TIME |
| | ) | UNDER THE SPEEDY TRIAL ACT; |
| Defendant. | ) | ORDER |
| | ) | |

## STIPULATION EXTENDING THE TIME WITHIN WHICH THE GOVERNMENT MAY FILE INDICTMENT OR INFORMATION AGAINST DEFENDANT AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

WHEREAS, defendant DAVID FONOTI, was arrested on May 18, 2004, by federal agents for a impersonating a federal officer charge in the above-captioned Magistrate's Action;

WHEREAS, pursuant to 18 U.S.C. § 3161(b) of the Speedy Trial Act, the Government must charge the defendant by way of Indictment or Information within thirty (30) days of his/her arrest date; however, said statute also provides that the

exclusions of time set forth in 18 U.S.C. § 3161(h), as authorized by the Court, are not counted in said thirty (30) day computation;

WHEREAS, defendant has authorized his defense attorney of record, Shanlyn Park, Assistant Federal Public Defender, to enter into plea negotiations with the United States;

WHEREAS, defense counsel and Government counsel have commenced engaging in ongoing plea discussions and negotiations, with the idea being that defendant would waive indictment by grand jury and plead guilty before the District Judge to an Information felony charge pursuant to a written Memorandum of Plea Agreement;

WHEREAS, the 30th day herein would be June 18, 2004, and taking into account the factors set forth above, this leaves insufficient time to complete the parties' negotiations and obtain the final approvals necessary to implement the foregoing;

AND WHEREAS, a brief continuance would allow sufficient time to complete said negotiations, secure the requisite approvals, and draft the appropriate paperwork;

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

(1) The period within which the Government herein may file an Indictment or Information against defendant is hereby extended from June 18, 2004, up through and including July 19, 2004;

(2) In accordance with 18 U.S.C. § 3161(h)(8)(A), for the reasons set forth above, the ends of justice served by permitting this extension outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the time period from June 18, 2004, up through and including July 19, 2004, is hereby excluded from time computation under the Speedy Trial Act.

DATED: Honolulu, Hawaii, June 16, 2004.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
SHANLYN PARK
Federal Public Defender
Attorney for defendant
DAVID FONOTI

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

United States v. David Fonoti
Mag. No. 04-0342 KSC
Stipulation Extending the Time Within Which the Government May File Indictment or Information Against Defendant and Excluding Time Under the Speedy Trial Act

3