AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

DAVID FONOTI
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: MAG NO. 04-00342KSC

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| Before: Leslie E. Kobayashi, United States Magistrate Judge | Date and Time<br>December 27, 2004 at 10:30 a.m. |

To Answer a(n) Order of Court

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
Order to Show Cause as to Why Pretrial Release Should Not Be Revoked

SEALED
BY ORDER OF THE COURT

Walter A.Y.H. Chinn
Name and Title of Issuing Officer

[signature]
Signature of Issuing Officer/Deputy Clerk

December 17, 2004
Date

12

AO 83 (Rev. 12/85) Summons in a Criminal Case                          MAG NO. 04-00342KSC

# RETURN OF SERVICE

Service as made by me on:[1]                        Date

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant at: _____

☐    Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
     Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____        _____Mark M. Hanohano_____
                  Date                    Name of United States Marshal

                                          _____
                                          (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure