

**Warren Nakamura/HID/09/USCOURTS**
12/17/2004 01:56 PM

To  HIDml_CR Notice Group
cc
bcc
Subject  RE: MAG NO. 04-0342KSC USA vs. DAVID FONOTI

RE: MAG NO. 04-0342KSC USA vs. DAVID FONOTI

Order to Show Cause as to Why Pretrial Release Should Not Be Revoked set for 10:30 12/27/04, LEK

AUSA, Wes Porter
AFPD, Shanlyn A.S. Park

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 7 2004

at 2 o'clock and 10 min. PM
WALTER A.Y.H. CHINN, CLERK

14