# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/27/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      MAG NO. 04-0342KSC

CASE NAME:        USA vs. DAVID FONOTI

ATTYS FOR PLA:    Wes Porter

ATTYS FOR DEFT:   Shanlyn A.S. Park

INTERPRETER:

---

JUDGE:  Leslie E. Kobayashi        REPORTER:  FTR-Courtroom 7

DATE:   12/27/2004                 TIME:      10:45-10:49

---

COURT ACTION: EP: Order to Show Cause as to Why Pretrial Release Should Not Be Revoked - Defendant present, not in custody.

No objections to the USPTS Report. Parties submit. Court Orders that the Defendant's conditions of Pretrial Release be amended as follows:

DELETE:

(7u) Do not use illicit drugs. The defendant may possess and/or be in the presence of illicit drug use or drug users/traffickers, only if authorized by the DEA agent for the purposes of cooperation.

Other Conditions: The defendant is placed under the supervision of the DEA and DEA will report any violations or arrests to Pretrial Services. Pretrial Services will continue to maintain contact with the defendant but community-based supervision activities will be suspended.

Other Conditions: Once the active cooperation has ended, the AUSA will scheduled a hearing to determine if the conditions of release should be modified.

ADD:

(7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use

G:\docs\warren\MAG NO 04-0342KSC-(12-27-04).wpd

15

or drug users/traffickers.

Defendant is referred to the Clerk's Office for processing.

Submitted by: Warren N. Nakamura, Courtroom Manager