AO 83 (Rev. 12/85) Summons in a Criminal Case

MAG NO. 04-00342KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2005

at ____ o'clock and ____ min ____ M
WALTER A. Y. H. CHINN, CLERK

## RETURN OF SERVICE

Service as made by me on:[1]                    Date  12-27-04

#### Check one box below to indicate appropriate method of service

☒  Served personally upon the defendant at: USDC

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of
   suitable age and discretion then residing therein and mailed a copy of the summons to the
   defendant's last known address
   Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the return of Service is true and correct.

Returned on  12-27-04                    _____
             Date                         Name of United States Marshal   Mark M . Hanohano

                                         _____
                                         (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

18

AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

# UNITED STATES DISTRICT COURT
District of Hawaii

UNITED STATES OF AMERICA

V.

DAVID FONOTI
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: MAG NO. 04-00342KSC

*TNO : Serve in CRT!*

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place United States District Court 300 Ala Moana Blvd Honolulu, HI 96850 Ph. (808) 541-1300 (Honolulu Number) | Room AS DESIGNATED |
|---|---|
| Before: Leslie E. Kobayashi, United States Magistrate Judge | Date and Time December 27, 2004 at 10:30 a.m. |

To Answer a(n) Order of Court

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
Order to Show Cause as to Why Pretrial Release Should Not Be Revoked

SEALED
BY ORDER OF THE COURT

2004 DEC 20 PM 2: 01 RECEIVED

Walter A.Y.H. Chinn
Name and Title of Issuing Officer

Saila M. Peromino
Signature of Issuing Officer/Deputy Clerk

December 17, 2004
Date