ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 19 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

LODGED

JAN 14 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-mail:       fpdhi@hotmail.com

Attorney for Defendant
DAVID FONOTI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 04-00342 KSC |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) AMEND CONDITIONS OF |
| vs. | ) PRETRIAL RELEASE FOR |
| | ) DEFENDANT TO TRAVEL TO |
| DAVID FONOTI, | ) GEORGIA |
| | ) |
| Defendant. | ) |
| | ) |

### STIPULATION AND ORDER TO
### AMEND CONDITIONS OF PRETRIAL RELEASE
### FOR DEFENDANT TO TRAVEL TO GEORGIA

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant DAVID FONOTI be allowed to travel to Georgia to visit his niece before she is deployed to Iraq.  Defendant will be traveling to

Georgia on January 26, 2005, via United Airlines, and returning to Honolulu on January 31, 2005. While in Georgia, Defendant will be staying with his sister, Katherine Dawkins, at 10790 Barberry Drive, Hampton, Georgia, 30228. Ms. Dawkins' telephone number is: (404) 217-7510. Pretrial Services shall be provided with a copy of his itinerary.

All other conditions of pretrial release shall remain the same.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, January 13, 2005.

/SHANLYN A.S. PARK
Attorney for Defendant
DAVID FONOTI

RONALD JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

ALISON G.K. THOM
United States Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, _1-18-2005_ .

_____
The Honorable BARRY M. KURREN
United States Magistrate Judge
District of Hawaii

UNITED STATES v. DAVID FONOTI
CR. NO. 04-0342 KSC
STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE FOR DEFENDANT TO TRAVEL TO GEORGIA