ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-mail: fpdhi@hotmail.com

Attorney for Defendant
DAVID FONOTI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 25 2005

at 3 o'clock and 14 min. P. M.
WALTER A. Y. H. CHINN, CLERK

LODGED

JAN 25 2005
2:35pm TP
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 04-00342 KSC |
| Plaintiff, | ) AMENDED STIPULATION AND |
| | ) ORDER TO AMEND CONDITIONS |
| vs. | ) OF PRETRIAL RELEASE FOR |
| | ) DEFENDANT TO TRAVEL TO |
| DAVID FONOTI, | ) GEORGIA |
| Defendant. | ) |

**AMENDED STIPULATION AND ORDER TO
AMEND CONDITIONS OF PRETRIAL RELEASE
FOR DEFENDANT TO TRAVEL TO GEORGIA**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant DAVID FONOTI be allowed to travel to Georgia to

visit his niece before she is deployed to Iraq. Defendant will be traveling to

Georgia on January 25, 2005, via United Airlines, and returning to Honolulu on January 31, 2005. While in Georgia, Defendant will be staying with his sister, Katherine Dawkins, at 10790 Barberry Drive, Hampton, Georgia, 30228. Ms. Dawkins' telephone number is: (404) 217-7510. Pretrial Services shall be provided with a copy of his itinerary.

All other conditions of pretrial release shall remain the same.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, January 25, 2005.

_____
SHANLYN A.S. PARK
Attorney for Defendant
DAVID FONOTI

_____
RONALD JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
ALISON G.K. THOM
United States Pretrial Services Officer

2

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, _____1-25-2005_____.

_____
The Honorable BARRY M. KURREN
United States Magistrate Judge
District of Hawaii

UNITED STATES v. DAVID FONOTI
CR. NO. 04-0342 KSC
AMENDED STIPULATION AND ORDER TO AMEND CONDITIONS OF
PRETRIAL RELEASE FOR DEFENDANT TO TRAVEL TO GEORGIA