ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

**LODGED**     NOV 1 0 2005

11:05 [NOV 0 9 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

at 2 o'clock and 20 min___ M___
SUE BEITIA, CLERK

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-mail:     fpdhi@hotmail.com

Attorney for Defendant
DAVID FONOTI

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 04-00342 KSC |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) AMEND CONDITIONS OF |
| vs. | ) PRETRIAL RELEASE FOR |
| | ) DEFENDANT TO TRAVEL TO |
| DAVID FONOTI, | ) NEVADA |
| | ) |
| Defendant. | ) |
| _____ | ) |

### STIPULATION AND ORDER TO
### AMEND CONDITIONS OF PRETRIAL RELEASE
### FOR DEFENDANT TO TRAVEL TO NEVADA

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant DAVID FONOTI be allowed to travel to Las Vegas,

Nevada.  Defendant will be traveling to Las Vegas on December 6, 2005, via

21

Omni Air, and returning to Honolulu on December 10, 2005. Pretrial Services

shall be provided with a copy of his itinerary.

      All other conditions of pretrial release shall remain the same.

      IT IS SO STIPULATED:

      DATED:  Honolulu, Hawaii, November 4, 2005.

                  SHANLYN A.S. PARK
                  Attorney for Defendant
                  DAVID FONOTI

                  WES REBER PORTER
                  Attorney for Plaintiff
                  UNITED STATES OF AMERICA

                  DAVID KAHUNAHANA
                  United States Pretrial Services Officer

      IT IS APPROVED AND SO ORDERED:

      DATED:  Honolulu, Hawaii, _____11/9/05_____.

                  United States Magistrate Judge
                  District of Hawaii

UNITED STATES v. DAVID FONOTI
CR. NO. 04-0342 KSC
STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE
FOR DEFENDANT TO TRAVEL TO NEVADA