ORIGINAL

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-mail:  fpdhi@hotmail.com

Attorney for Defendant
DAVID FONOTI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2006

at __ o'clock and __ min. ____
SUE BEITIA, CLERK

LODGED

JAN 0 5 2006
3:40pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID FONOTI,<br><br>Defendant. | MAG. NO. 04-00342 KSC<br><br>STIPULATION AND ORDER TO<br>AMEND CONDITIONS OF<br>PRETRIAL RELEASE FOR<br>DEFENDANT TO TRAVEL TO<br>GEORGIA |

**STIPULATION AND ORDER TO
AMEND CONDITIONS OF PRETRIAL RELEASE
FOR DEFENDANT TO TRAVEL TO GEORGIA**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant DAVID FONOTI be allowed to travel to Georgia to

visit his niece who is returning from deployment in Iraq.  Defendant will be

traveling to Georgia on January 10, 2006, and returning to Honolulu on January 14, 2006. While in Georgia, Defendant will be staying with his sister, Katherine Fonoti, at 10790 Barberry Drive, Hampton, Georgia, 30228. Ms. Fonoti's telephone number is: (404) 217-7510. Pretrial Services shall be provided with a copy of his itinerary.

All other conditions of pretrial release shall remain the same.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, January 5, 2006.

SHANLYN A.S. PARK
Attorney for Defendant
DAVID FONOTI

WES REBER PORTER
Attorney for Plaintiff
UNITED STATES OF AMERICA

DAVID KAHUNAHANA
United States Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, 1/6/06.

United States Magistrate Judge
District of Hawaii

UNITED STATES v. DAVID FONOTI
CR. NO. 04-0342 KSC
STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE
FOR DEFENDANT TO TRAVEL TO GEORGIA