PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-mail:       shanlyn_park@fd.org

Attorney for Defendant
DAVID FONOTI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-00342 KSC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | AMEND CONDITIONS OF |
| vs. | ) | PRETRIAL RELEASE FOR |
| | ) | DEFENDANT TO TRAVEL TO |
| DAVID FONOTI, | ) | CALIFORNIA |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER TO
AMEND CONDITIONS OF PRETRIAL RELEASE
FOR DEFENDANT TO TRAVEL TO CALIFORNIA**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant DAVID FONOTI be allowed to travel to California to attend a family wedding in San Diego.  Defendant will be traveling to California on

Thursday, August 17, 2006, and returning to Honolulu on Monday, August 21, 2006. While in San Diego, Defendant will be staying at the Hilton San Diego. Pretrial Services shall be provided with a copy of his itinerary.

All other conditions of pretrial release shall remain the same.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, August 15, 2006.

/s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant
DAVID FONOTI

/s/ Ronald Johnson
RONALD JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ David Kahunahana
DAVID KAHUNAHANA
United States Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, August 16, 2006.



Kevin S.C. Chang
United States Magistrate Judge

UNITED STATES v. DAVID FONOTI
CR. NO. 04-0342 KSC
STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE
FOR DEFENDANT TO TRAVEL TO CALIFORNIA

2