AO 442 (Rev. 5/93) Warrant for Arrest

ORIGINAL

RECEIVED
2004 APR 20
U.S. MARSHALS SERVICE
HONOLULU, HI.

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

DAVID FONOTI

**WARRANT FOR ARREST**

MAG

CASE NUMBER: 04-0342 KSC

To: The United States Marshal
and any Authorized United States Officer

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2007

YOU ARE HEREBY COMMANDED to arrest    DAVID FONOTI
                                       Name

at 9 o'clock and 26 min.
SUE BEITIA, CLERK

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

impersonating an officer and employee of the United States

in violation of
Title    18    United States Code, Section(s)    912

Kevin S.C. Chang
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

April 20, 2004    Honolulu, Hawaii
Date and Location

Bail fixed at $ to be determined    by    KEVIN S.C. CHANG
                                           Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 05-18-04 | Janis Yuen  GS | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.