PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK   #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:        shanlyn_park@fd.org

Attorney for Defendant
DAVID FONOTI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0342 KSC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | ALLOW TRAVEL OUTSIDE THE |
| vs. | ) | DISTRICT OF HAWAII |
| | ) | |
| DAVID FONOTI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER**
**TO ALLOW TRAVEL OUTSIDE THE DISTRICT OF HAWAII**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the Defendant DAVID FONOTI, be allowed to travel from

Hawaii to California.  Mr. Fonoti will leave for Redwood, City, California, on

Thursday, August 16, 2007, and return to Honolulu, Hawaii, on Sunday, August 19, 2007.

While in California, Mr. Fonoti will stay with his sister, Debbie Tavake, who has been diagnosed with cancer. Family prayers have been scheduled for August 17 - 18, 2007. Mr. Fonoti will keep Pretrial Services informed as to his contact numbers while in California and will notify Pretrial Services upon his return. All previous terms and conditions of pretrial release shall remain in effect.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, August 15, 2007.

/s/ Shanlyn A. S. Park
SHANLYN A. S. PARK
Attorney for Defendant
DAVID FONOTI


/s/ Ronald Johnson
RONALD JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA


 /s/ Diane Arima-Linscott
for   DAVID KAHUNAHANA
Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: August 15, 2007

UNITED STATES v. DAVID FONOTI
MAG. NO. 04-0342 KSC, STIPULATION AND ORDER TO ALLOW TRAVEL
OUTSIDE THE DISTRICT OF HAWAII