PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawai`i

SHANLYN A.S. PARK   #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawai`i   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     shanlyn_park@fd.org

Attorney for Defendant
DAVID FONOTI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | ) MAG. NO. 04-0342 |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER TO |
|  | ) ALLOW TRAVEL OUTSIDE THE |
| vs. | ) DISTRICT OF HAWAI`I |
|  | ) |
| DAVID FONOTI, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**STIPULATION AND ORDER
TO ALLOW TRAVEL OUTSIDE THE DISTRICT OF HAWAI`I**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant DAVID FONOTI, be allowed to travel from Hawai`i to California.  Mr. Fonoti will leave for Redwood, City, California, on

Thursday, September 13, 2007, and return to Honolulu, Hawai`i, on Friday, September 28, 2007.

While in California, Mr. Fonoti will stay with his sister, Debbie Tavake, who has been diagnosed with cancer.  Mr. Fonoti will keep Pretrial Services informed as to his contact numbers while in California and will notify Pretrial Services upon his return.  All previous terms and conditions of pretrial release shall remain in effect.

IT IS SO STIPULATED:

DATED:   Honolulu, Hawai`i, September 6, 2007.

      /s/ Shanlyn A. S. Park
SHANLYN A. S. PARK
Attorney for Defendant
DAVID FONOTI


      /s/ Ronald Johnson
RONALD JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA


      /s/ David Kahunahana
DAVID KAHUNAHANA
Pretrial Services Officer


IT IS APPROVED AND SO ORDERED:

DATED:   Honolulu, Hawai`i, September 6, 2007.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

UNITED STATES v. DAVID FONOTI
MAG. NO. 04-0342, STIPULATION AND ORDER TO ALLOW TRAVEL OUTSIDE THE DISTRICT OF HAWAI`I